```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RAMON VENTURA,

       Plaintiff,

   -against-

           21-CV-10648 (VEC)

92 SAINT NICHOLAS AVENUE HOUSING
DEVELOPMENT FUND CORPORATION and   ORDER
LORRAINE CARRINGTON,

       Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS Plaintiff filed this lawsuit on December 13, 2021, *see* Dkt. 1;

  WHEREAS Plaintiff served Defendant 92 Saint Nicholas Avenue Housing Development Fund Corporation ("92 Saint Nicholas") on December 30, 2021, such that Defendant 92 Saint Nicholas's answer was due on January 20, 2022, *see* Dkt. 5;[1]

  WHEREAS to date Defendant 92 Saint Nicholas has failed to appear, answer, or otherwise respond to the Complaint, *see* Fed. R. Civ. P. 12(a)(1);

  IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against Defendant 92 Saint Nicholas, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **March 4, 2022**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: **February 14, 2022**
    New York, NY

                _____
                **VALERIE CAPRONI**
                **United States District Judge**

---

[1] Plaintiff has not yet filed proof of service as to Defendant Lorraine Carrington. Under Federal Rule of Civil Procedure 4(m), Plaintiff has 90 days from the filing of his complaint to serve Defendant Carrington, meaning that he must do so no later than **March 13, 2022**.