**MEMO ENDORSED**

**RAYMOND NARDO, P.C.**
Attorney At Law
129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: **Nardo@Raynardo.com**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2023
```

September 15, 2023

BY ECF

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Ventura v. 92 Saint Nicholas Avenue Housing Development Fund Corporation (21-CV-10648)(VEC)

Dear Judge Caproni,

I represent Plaintiff in the above matter. My client is considering the final agreement in this matter for signature. Plaintiff requests until October 15, 2023 to submit an expected final status report, or application for approval. Defendants consent to this request.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

cc:   David M. Wirtz, Esq. (by ECF)

---

Application GRANTED in part. Because October 15, 2023, is a Sunday, the parties must provide a status update by no later than **October 16, 2023**.

SO ORDERED.                              Date: 9/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE