**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023

# RAYMOND NARDO, P.C.
Attorney At Law

129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: Nardo@Raynardo.com

October 16, 2023

BY ECF

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Ventura v. 92 Saint Nicholas Avenue Housing Development Fund Corporation</u> (21-CV-10648)(VEC)

Dear Judge Caproni,

I represent Plaintiff in the above matter. I humbly beseech the court for one final extension. The parties discovered that some matters in the otherwise final agreement needed to be further negotiated, and have now rectified the situation and are offering a final agreement to their clients for signature. Plaintiff requests until November 15, 2023 to submit an expected final status report, or application for approval. Defendants consent to this request. I apologize for any inconvenience caused to the Court.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

cc: David M. Wirtz, Esq. (by ECF)

---

Application GRANTED. The parties must provide a status update by no later than **November 15, 2023**. If the parties fail to settle by **November 15, 2023**, the Court will set a date for the parties to appear for a pretrial conference.

SO ORDERED.                October 17, 2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE